MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

**June 6, 2025**

Honorable Gary Stein
U.S. Magistrate Judge
Southern District of New York
500 Pearl Street, Foley Square
New York, NY 10007

**MEMO ENDORSED**

    Re:   *Lopez v. Hooshang Realty Corp et al*
          *Civil Action No.:1:24-cv-02038-PAE-GS*
          *Joint Notice of Settlement & Motion to Adjourn Conference*

Dear Honorable Magistrate Judge Stein,

    We represent Plaintiff in the above-styled action.

    Pursuant to the Court's May 28, 2025 Scheduling Order [DE#81], the Parties are directed to participate in the Court's Initial Case Conference on June 26, 2025. Most primarily, the Parties together, file this letter as a notice to the Court to apprise that a Settlement in Principle has just been attained, and therein the parties are enveloped in the process of preparing the requisite Settlement papers and agreements therewith.

    Given that the Parties have now resolved the negotiations and need only finalize the terms of the Settlement, they naturally would jointly request the adjournment of the initial case conference on June 26, 2025, and further all other deadlines sine die, if the Court deems this request proper and appropriate This application is made multiple weeks prior to the Court Hearing.

    Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a Final Stipulation of Dismissal could be filed in the coming forty-five days.

    Thank you for the Court's time and consideration.

                                      Most Respectfully,

                                      */s/ Maria Costanza Barducci*
                                      BARDUCCI LAW FIRM
                                      PLLC

cc: Via CM/ECF Only

Application granted. As the parties state that they have reached a settlement in principle, the Initial Case Management Conference scheduled for June 26, 2025, is hereby adjourned sine die.

Date:   June 9. 2025
          New York, NY

SO ORDERED:

_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE