UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL LOPEZ,

                          Plaintiff,

-v-

HOOSHANG REALTY CORP. *and*
JOEY ROSES LLC,

                         Defendants.

24 Civ. 2038 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 19, 2024, plaintiff Samuel Lopez filed a Complaint. Dkt. 1. On September 17, 2024, Lopez moved for default judgment, Dkt. 29, which the Court granted in part, Dkt. 34. Specifically, the Court entered default judgment as to Lopez's ADA claim challenging the entrance of the restaurant located at 174 Rivington Street, New York, New York ("restaurant"), but denied default judgment, without prejudice, to his claims relating to the restaurant's dining surfaces because those allegations did not supply sufficient detail to support a default judgment. *Id.*

On January 2, 2025, Lopez amended his complaint, amplifying factually as to the interior ADA violations and the basis for so claiming. Dkt. 40. On March 26, 2025, Lopez moved for default judgment. Dkts. 69–70. On April 17, 2025, defendant Hooshang Realty Corp. ("Hooshang") entered a notice of appearance, Dkt. 73, and opposed Lopez's motion for default judgment, Dkt. 74. To date, defendant Joey Roses LLC ("Joey Roses") has not entered an appearance or otherwise opposed Lopez's motion. On May 7, 2025, the Court entered default judgment for Lopez as to defendant Joey Roses. Dkt. 75.

2

On June 6, 2025, Lopez advised the Court that the parties had reached a settlement in principle, and requested 45 days to file a stipulation of dismissal. Dkt. 82.

To date, Lopez has not filed a stipulation of dismissal or otherwise apprised the Court of the status of settlement discussions.

Accordingly, the Court orders that the parties, by July 31, 2025, file a joint update, setting forth the status of settlement negotiations, and whether these involve defendant Hooshang only or also defendant Joey Roses.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 28, 2025
       New York, New York